UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE SPIEKERMAN, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | _____ |
| | § | |
| RANGE RESOURCES CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW, Plaintiff Katherine Spiekerman, and files this her Certificate of Interested

Persons:

Interested Persons-Plaintiff

Katherine Spiekerman, Plaintiff
4844 Grinstein Drive
Keller, Texas 76248

Interested Persons-Defendant

Range Resources Corporation
David Poole (General Counsel)
Feliz Mantzke
any related Range entities

100 Throckmorton Street
Fort Worth, Texas 76102

Respectfully submitted,


/s/ Christine Neill
_____
Christine Neill
State Bar No.00796793
Law Office of Christine Neill
2214 Main Street
Dallas, Texas 75201
(214)748-7777
(214)748-7778 (facsimiles)
cneill@dallasemployeelaw.com

ATTORNEY FOR PLAINTIFF