CTJ/RMT
ORIGINAL
FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 JUL 23 PM 2: 55

CLERK OF COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE SPIEKERMAN, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. |
| vs. | § § | |
| RANGE RESOURCES CORPORATION, | § § § | 4:09-cv-00299-A |
| *Defendants*. | § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Come now, Plaintiff Katherine Spiekerman ("Plaintiff") and Defendant Range Resources Corporation ("Defendant"), (together, the "Parties"), and file this Motion to Dismiss with Prejudice. The Parties hereby request that all claims brought by Plaintiff against Defendant be dismissed with prejudice, with costs of Court incurred herein to be paid by the party incurring same.

Agreed Motion to Dismiss with Prejudice - page 1

Respectfully submitted,

*Christine Neill*

Christine Neill
State Bar No. 00796793
Law Office of Christine Neill
2214 Main Street
Dallas, Texas 75201
(214)748-7777
(214)748-7778 (facsimiles)
cneill@neillbyrnelaw.com

ATTORNEY FOR PLAINTIFF

*David P. Poole*

David P. Poole
State Bar No. 16123750
100 Throckmorton, Suite 1200
Fort Worth, Texas 76102
(817)869-4254
(817)869-9154 (facsimile)
dpoole@rangeresources.com

ATTORNEY FOR DEFENDANT